UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 5:25-cr-26 |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| BRYAN FLOWERS | ) | |
| a/k/a "BRIAN FLOWERS" | ) | |
| _____ | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the defendant's guilty plea filed in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty pleas that the defendant will tender, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crimes. The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1.      On April 17, 2025, Bryan Flowers, a/k/a "Brian Flowers" ("defendant") did by force, violence or intimidation take from the person or presence of another a sum of money belonging to and in the care, custody, control, management, and possession of the Peoples Bank of Lincolnton, North Carolina, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation ("FDIC"), in violation of Title 18, United States Code, Section 2113(a).

2.      Specifically, the defendant did unlawfully take and obtain $300.00 in United States currency then in the care or custody of Peoples Bank, located at 1910 East Main Street, Lincolnton, North Carolina ("Peoples Bank") from the person and presence of an employee, against such employee's will, and by means of force, violence, or by intimidation.

3.      During the robbery, the defendant produced to the bank teller a note which read, "[r]obbery stay calm I am watching your hands do not touch the silent alarm under the counter or

in the drawer ALL 100's and 50's[.]  No one needs to get hurt." After the defendant produced the note, the teller provided the defendant $300.00 in cash from her teller station's drawer, and the defendant left the bank.

4.      At all times relevant to this event, the Peoples Bank was insured by the FDIC.


RUSS FERGUSON
UNITED STATES ATTORNEY

_____
BRIAN M. KENNEY
ASSISTANT UNITED STATES ATTORNEY


<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis and the Bill of Indictment in this case, and have discussed them with the defendant.  Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Indictment.  I hereby certify that the defendant does not dispute this Factual Basis.

_____            DATED: _____  July 7, 2025
Steven Slawinski, Attorney for Defendant


2